

_____
**ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| SAVGIL YEVDAYEV | * | Case No.: 14-20840 RAG |
| | * | Chapter 7 |
| | * | |
| Debtor | | |

\* \* \* \* \* \* \* \* \* \* \* \*

BRIAN A. GOLDMAN, TRUSTEE,

    Plaintiff,         *

v.                                *                    Adv. Pro. No.: 15-00031 RAG

STELLA YEVDAYEV, et. al.   *

    Defendants.       *

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPROVING COMPROMISE OF CONTROVERSY WITH DEFENDANTS ON TRUSTEE'S COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFER AND DIRECTION TO RECORD THIS ORDER IN THE LAND RECORDS OF BALTIMORE COUNTY, WHICH SHALL VOID THE TRANSFER OF TITLE FROM SAVGIL YEVDAYEV TO STELLA YEVDAYEV AND SAVGIL YEVDAYEV FOR THE REAL PROPERTY KNOWN AS
<u>3503 WOODVALLEY DRIVE, BALTIMORE, MD 21208</u>**

Upon consideration of Trustee's Motion to Compromise Controversy with the Debtor, Savgil Yevdayev (the "Debtor") and Defendant, Stella Yevdayev, (the "Motion"), notice having

been mailed to all creditors and parties in interest, with no objections having been filed, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be, and is hereby, **GRANTED**; and it is further

**ORDERED**, that the compromise of controversy by and between the Trustee, Brian A. Goldman, and Defendant, Kieran Carden, as more fully described in the Motion, be, and hereby is, **APPROVED**; and it is further

**ORDERED**, that the transfer of the Debtor's interest in the Real Property located at 3503 Woodvalley Drive, Baltimore, Maryland 21208, to himself and his girlfriend, Stella Yevdayev, as Tenants by the Entireties, for zero dollars ($0) less than 18 months prior to the petition date, be and hereby, is deemed fraudulent and therefore voided by Order of this Court with immediate effect; and it is further

**ORDERED**, that a copy of this Order shall be filed in the Land Records of Baltimore County, which shall, by operation of law, void the transfer of title from Savgil Yevdayev to Savgil Yevdayev and Stella Yevdayev for the property located at 3503 Woodvalley Drive, Baltimore, Maryland 21208, and recorded at Liber FMC No. 31002, Folio 417 and restore Savgil Yevdayev as sole owner of the Real Property in Fee Simple.

cc:

    Mark Edelson, Esquire  
    Goldman & Goldman, P.A.  
    Foxleigh Building  
    2330 West Joppa Road, Suite 300  
    Lutherville, Maryland 21093

    Anthony H. Davis, II, Esquire  
    P.O. Box 214  
    Laurel, Maryland 20725

    Mr. Savgil Yevdayev  
    Ms. Stella Yevdayev  
    3503 Woodvalley Drive  
    Baltimore, Maryland 21208

    Office of the United States Trustee  
    101 West Lombard Street, Suite 2650  
    Baltimore, Maryland 21201

**END OF ORDER**